**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Scott M. Hanton, Border Patrol Agent of the United States Border Patrol, being first duly sworn, hereby depose and state as follows:

1. I am a Border Patrol Agent-Intelligence with the United States Border Patrol ("USBP"), currently assigned to the Houlton Sector Intelligence Unit in Hodgdon, Maine. I have been an agent with the USBP since November 29, 2010. I completed the USBP Academy in February of 2011, where I received instruction in constitutional law, immigration law, criminal law, and federal and civil statutes. I have also received training in the detection, interdiction, and arrest of narcotics smugglers, alien smugglers, and aliens illegally present in the United States. In the course of my employment with USBP, I have been assigned to the Highway 90 and Highway 80 immigration checkpoints in Arizona, where I was the primary agent for multiple narcotic and human smuggling cases.

2. From March 2020 to August 2022, I was assigned as a Case Agent for the Tucson Sector Prosecution Unit. I have conducted numerous criminal investigations involving illicit activity and have gathered and structured evidence and facts pertaining to administrative and criminal immigration cases. In the course of my duties, I have taken sworn statements from material witnesses and suspects. I routinely perform record checks through various law enforcement databases to establish accuracy of information as well as to gather facts further relevant to a respective case. I have acted as a liaison between the United States Attorney's Office and field agents, and I have assisted fellow agents in the development of their cases. I am currently assigned to collateral duty as a Houlton Sector Prosecutions Case Manager.

3. I make this affidavit in support of a Criminal Complaint charging SAMUEL PAR-LOPEZ with one count of Illegal Re-Entry After Deportation, in violation of Title 8, United States Code, Section 1326(a). The information contained in this affidavit is based on my review of reports prepared by other law enforcement officers and conversations with involved personnel, as well as my training and experience as a prosecution case agent.

4. On February 7, 2025, at approximately 7:30 AM, a Border Patrol Agent-Resident Agent (BPA-RA) assigned to the Calais Border Patrol Station was contacted by Chief Lawrence Hesseltine of the Wiscasset Police Department (WPD). Chief Hesseltine stated that he had conducted a motor vehicle stop for Failure to Remove Snow from the exterior of the vehicle (in violation of Maine Rev. Stat. 29-A § 2903) near 68 Bath Road in Wiscasset, Maine. He described the vehicle as a grey Honda Accord with Rhode Island Registration 1RW617, and said it was occupied by four individuals. Chief Hesseltine further stated that the occupants did not speak English and therefore he could not verify their identities. The BPA-RA advised Chief Hesseltine that he would relay the request for assistance to Calais BPA-RA Ryan Lamoreau. At approximately 8:10 AM, BPA-RA Lamoreau advised that he was on his way and would be there in approximately one hour.

5. At approximately 9:15 AM, BPA-RA Lamoreau arrived at the scene. Supervisory Border Patrol Agent - Resident Agent (SBPA-RA) Patrick Willis also arrived at approximately the same time. BPA-RA Lamoreau approached the grey Honda Accord and identified himself as a United States Border Patrol Agent. BPA-RA Lamoreau asked all four occupants, in Spanish, as to their citizenship and immigration status in the United States. One of the occupants, later identified as SAMUEL PAR-LOPEZ, stated

that he was a citizen of Guatemala, did not have any documentation to stay or remain in the country, and was illegally present in the United States. The other occupants did not answer the question, but could not provide valid immigration documents showing that they were legally present in the United States. BPA-RA Lamoreau and SBPA-RA Willis then transported the four individuals to the Area Port of Portland, located in South Portland, Maine.

6. At approximately 10:24 AM, at the Area Port of Portland, BPA-RA Lamoreau conducted biometric searches on all four individuals via fingerprint and photo submission. One of the occupants was identified as SAMUEL PAR-LOPEZ (DOB: 9/14/1987).

7. A records check of PAR-LOPEZ found no potential claim to United States Citizenship. The records check also determined that PAR-LOPEZ had been previously removed from the United States on about January 14, 2009, at El Paso, Texas. As noted above, PAR-LOPEZ previously told BPA-RA Lamoreau that he does not possess any immigration documents that would allow him to enter, remain in, or pass through the United States.

8. Based on my training and experience, and supported by the foregoing facts, I have probable cause to believe the defendant violated Title 8, United States Code, Section 1326(a). I respectfully request that the accompanying Criminal Complaint be issued.

9. I, Scott M. Hanton, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and believe, and I make this oath under pains and penalties of perjury.

*[signature]*
Scott Hanton
Border Patrol Agent
U.S. Border Patrol

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Feb 11 2025

City and state: Portland, Maine

*[Judge's signature]*
Karen Frink Wolf, U.S. Magistrate Judge
*Printed name and title*